IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

BLUESTONE INNOVATIONS LLC,

              Plaintiff,

  v.

GENERAL ELECTRIC COMPANY D/B/A GE RENEWABLES,

              Defendant

Case No. 3:17-cv-6873

[~~PROPOSED~~] ORDER OF VOLUNTARY DISMISSAL

## ORDER OF DISMISSAL

In consideration of Plaintiff Bluestone Innovations LLC ("Plaintiff") filing a Notice of Voluntary Dismissal before an answer or motion for summary judgment has been filed by Defendant General Electric Company, the Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that all of Plaintiff's claims are dismissed WITHOUT prejudice in accordance with Fed. R. Civ. P. 41(a); and

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

Signed this __20th__ day of March, 2018.



_____
United States